541

Lena Roberts, Appellant, v. Hiram A. Lane, Executor of Estate of Charles P. Mundy, Deceased, Appellee.

Gen. No. 9,282.

Heard in this court at April term, 1941; opinion filed June 23, 1941; rehearing denied October 17, 1941. David Allison and J. R. Dean, for appellant; Alfred A. Johson and Willard Ice, for appellee. Opinion by JUSTICE HAYES. ''Not to be published in full.''